No. 796, Misc. House *v.* Grimes, Sheriff;

No. 801, Misc. Giroux *v.* Langlois, Acting Warden; and

No. 802, Misc. Sanders *v.* Madigan, Warden, et al. Motions for leave to file petitions for writs of habeas corpus denied.

No. 716, Misc. Farnum *v.* Connecticut et al. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Samuel A. Hirshowitz* and *Harold Borgwald,* Assistant Attorneys General, for the New York State Department of Mental Hygiene, appellee.

No. 717, Misc. Farnum *v.* International Association of Machinists; and

No. 793, Misc. Shane *v.* Ragen, Warden. Motions for leave to file petitions for writs of mandamus denied.

